JS-6
CC:
FISCAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GREAT WEST LIFE & ANNUITY
INSURANCE COMPANY,
             Interpleader Plaintiff,

v.

AMY CHITSAZAN; KATAYOON
SERAJI, individually and as trustee of
the MEHRZAD SERAJI TRUST 2021
DATED 01/12/2021; and MONA
SERAJI, individually and as guardian
of minors S.S. and E.S.,

             Interpleader Defendants.

Case No. **2:22-cv-07893-SB-AFMx**

**JUDGMENT**

Interpleader Defendant Katayoon Seraji and Interpleader Defendant Amy Chitsazan have entered into a settlement agreement about the distribution of the proceeds of Great-West Life & Annuity Insurance Company Certificate No. 351199 in the amount of $2,000,000, which has been deposited into the Registry of the Court. Dkt. No. 44.  Accordingly,

    IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that the Clerk distribute from the Registry of the Court:

    1.    37.5% ($750,000) to Amy Chitsazan.

    2.    62.5% ($1,250,000) to Katayoon Seraji.

This case is dismissed with prejudice.

Dated:    May 16, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge