cc: Fiscal

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GREAT WEST LIFE & ANNUITY INSURANCE COMPANY,
   Interpleader Plaintiff,

v.

AMY CHITSAZAN et al.,

   Interpleader Defendants.

Case No. **2:22-cv-07893-SB-AFMx**

**AMENDED JUDGMENT**

  Interpleader Defendant Katayoon Seraji and Interpleader Defendant Amy Chitsazan have entered into a settlement agreement about the distribution of the proceeds of Great-West Life & Annuity Insurance Company Certificate No. 351199 in the amount of $2,000,000, which has been deposited into the Registry of the Court. Dkt. No. 44. Accordingly,

  IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that the Clerk distribute from the Registry of the Court:

  1. 37.5% ($750,000) be distributed to Amy Chitsazan.

  2. 62.5% ($1,250,000) be distributed to Katayoon Seraji.

Any interest accrued on the proceeds of the monies deposited into the Registry of the Court is to be distributed in accordance with these percentages (i.e. 37.5% to Amy Chitsazan and 62.5% to Katayoon Seraji). This case is dismissed with prejudice.

Dated:  June 2, 2023

               Stanley Blumenfeld, Jr.
               United States District Judge